**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tamara Hoffschildt<br>Probation Officer: Nicole Peterson | Date:  November 14, 2012 |

Criminal Action No.: 12-cr-00281-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Mark J. Barrett |
| Plaintiff, | |
| v. | |
| CESAR JAVIER ARREDONDO-BAEZ, | Edward R. Harris |
| Defendant. | |

**SENTENCING MINUTES**

**2:03 p.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

**Change of Plea Hearing:** September 20, 2012.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:  Motion for Variant Sentence (Filed 11/6/12; Doc. No. 25) is GRANTED.**

*12-cr-00281-JLK*
*Sentencing*
*November 14, 2012*

## THE DEFENDANT IS SENTENCED AS FOLLOWS:

## IMPRISONMENT:
Defendant is sentenced as to Count One to a term of imprisonment of time already served.

## SUPERVISED RELEASE:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

### Conditions of supervised release:

- (X) Defendant shall be deported and shall not return to the United States illegally.
- (X) Defendant shall be subject to further federal prosecution of he remains in this country illegally, possess a firearm, or illegally possess any controlled substance.

## FINE:
No fine is imposed because the defendant has no ability to pay a fine.

## SPECIAL ASSESSMENT FEE:
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:30 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: **27 minutes.**